# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DR. PAUL TEIRSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 6:08cv14 |
| | § | |
| AGA MEDICAL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge (Doc. No. 46), which contains his proposed findings of fact and recommendations for the disposition of Plaintiff's Motion to Strike, Dismiss, or For a More Definite Statement and Brief in Support Thereof (Doc. No. 7), has been presented for consideration. No objections have been filed. Having carefully considered the parties' arguments, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Strike, Dismiss, or For a More Definite Statement and Brief in Support Thereof (Doc. No. 7) be **DENIED**.

**So ORDERED and SIGNED this 16th day of March, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**